UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NEUFELD,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES A. YATES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | 1:05-cv-00530-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FAILURE TO OBEY A COURT ORDER** |

　　　Plaintiff Roger Neufeld ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis and has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On February 17, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed February 17, 2006, is ADOPTED IN FULL; and,

2.   This action is DISMISSED, without prejudice, for plaintiff's failure to obey the court's order of October 7, 2005, and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:  March 24, 2006**                    /s/ Robert E. Coyle
668554                                         UNITED STATES DISTRICT JUDGE